IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 10526 QUARRIER DRIVE, CORNELIUS, NORTH CAROLINA | Case No. 3:20-mj-53-DSC<br><br>ORDER ALLOWING THE UNITED STATES TO ACCESS EVIDENCE<br><br>**Filed Under Seal** |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an order authorizing access to evidence obtained via a Search Warrant in this matter,

IT IS ORDERED that the United States may access the forensic copies and/or extractions of the Apple iPhone XS Max (S/N: 357260096650857), the Apple iPhone 11 Pro Max (S/N: 353887109883440) and the Seagate personal external hard drive (S/N: NA7RKTPH) obtained via the Search Warrant in this matter for the purpose of fulfilling any discovery obligations, including by providing copies of the data from these personal digital devices to both Defendants.

IT IS ALSO ORDERED that the United States may provide any working copies or evidence copied from the working copies of these devices as needed in discovery to both Defendants.

**SO ORDERED**.

Signed: March 16, 2021

David S. Cayer
United States Magistrate Judge